# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LISA DAVIS, | ) | 1:10-cv-02372 LJO SKO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | SCHEDULING ORDER |
| SOCIAL SERVICE COORDINATIORS, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 8, 2011, a scheduling conference was held. Alex Tomasevic, Esq., appeared telephonically on behalf of Plaintiff. Erin McLaughlin, Esq., appeared telephonically on behalf of Defendants.

The Court set the following deadlines:

1) Any motions or stipulations requesting leave to amend the pleadings must be filed no later than March 1, 2012.[1]

2) The parties are ordered to exchange the initial disclosures required by Fed. R. Civ.

---

[1] The parties are advised that filing motions and/or stipulations requesting leave to amend the pleadings by 4/5/2011 does not reflect on the propriety of the amendment or imply good cause to modify the existing schedule, if necessary. All proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the amendment requires any modification to the existing schedule, *see Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992), and (B) establish, under Fed. R. Civ. P. 15(a), that such an amendment is not (1) prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see Foman v. Davis*, 371 U.S. 178, 182 (1962).

1

|   |   |   |
|---|---|---|
| | | P. 26(a)(1) on or before November 30, 2011. |
| | 3) | Class certification discovery shall be completed by no later than March 30, 2012. |
| | 4) | The motion for class certification shall be filed by no later than April 30, 2012. |
| | 5) | Any opposition shall be filed by no later than May 31, 2012. |
| | 6) | Any reply brief shall be filed by no later than June 15, 2012. |
| | 7) | The motion for class certification shall be heard by no later than July 18, 2012, at 8:15 a.m. before the Honorable District Judge Lawrence O'Neill in Courtroom 4. |
| | 8) | Following the District Court's decision on Plaintiff's motion for class certification, the Court, as necessary, will set a status conference to set further scheduling dates and discuss issues related to discovery raised by the parties at the initial scheduling conference. |

IT IS SO ORDERED.

**Dated:   November 10, 2011**              /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE